IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HECTOR GONZALES, | |
| Plaintiff, | 8:23CV462 |
| vs. | |
| T. BOYD, Warden; SMITH, Corporal; WELCH, Corporal; YERO, Corporal; and HIATT, Case worker; | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on Plaintiff's "Motion for Request for Extension of Time" (the "Motion to Extend"), Filing No. 11, seeking additional time to comply with this Court's Order grating leave to proceed in forma pauperis ("IFP") and requiring payment of an initial partial filing fee, Filing No. 8, and Plaintiff's IFP motion seeking leave to proceed IFP in this case, Filing No. 12. The Court shall grant the Motion to Extend and shall deny the IFP Motion as moot.

On October 24, 2023, Plaintiff filed his first IFP motion in this case. Filing No. 7. The Court granted the IFP motion on November 3, 2023, and ordered Plaintiff to pay an initial partial filing fee of $8.78 by December 4, 2023. Filing No. 8. On November 16, 2023, Plaintiff filed the Motion to Extend, seeking additional time beyond the December 4, 2023, deadline to pay the initial partial filing fee. Filing No. 11. The Motion to Extend shall be granted.

Several days later, on November 20, 2023, Plaintiff filed a second IFP Motion, again seeking leave to proceed in this case without payment of fees. Filing No. 12. However, as Plaintiff has already been approved to proceed IFP, the November 20 IFP Motion is moot and shall be denied.[1]

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Extend, Filing No. 11, is granted. Plaintiff shall have through and until January 3, 2024, to submit his $8.78 initial partial filing fee in compliance with the Court's November 3, 2023 Order, Filing No. 8.

2. Plaintiff's November 20, 2023, Motion to Proceed IFP, Filing No. 12, is denied as moot.

3. The Clerk of Court shall terminate the December 4, 2023, initial partial filing fee case management deadline set forth in the Court's November 3, 2023 Order, Filing No. 8, and shall set the following pro se case management deadline of **January 3, 2024**: initial partial filing fee payment due.

Dated this 21st day of November, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

---

[1] With his second IFP Motion, Plaintiff filed a letter stating he had attached his "institutional check with amount of 8.78 for [his] filing fee" and attached a Nebraska Department of Correctional Services Institutional Check for the amount stated. Filing No. 12 at 3–4. The Court cannot ascertain if Plaintiff filed the Institutional Check as a form of payment or to merely show he has initiated a request with his institution to remit payment. In any case, the Institutional Check is not a proper form of payment.